UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

OTIS HOWZE

VERSUS

FOSTER WHEELER CONSTRUCTORS &
COMPANY, INC., ET AL

CIVIL ACTION

NUMBER 07-457-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's motion to remand[1] shall be DENIED.

Baton Rouge, Louisiana, January 7, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 3.

Doc#44976